IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | **Case No. 24-31596** |
| | § | **Chapter 11** |
| Debtor. | § | |

| | | |
|---|---|---|
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **Adversary Proceeding No. 25-03026** |
| | § | |
| **CHEHARDY, SHERMAN, WILLIAMS,** | § | |
| **RECILE, & HAYES, L.L.P.,** | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL TO**
**CRISTÓBAL M. GALINDO, P.C. D/B/A GALINDO LAW FIRM**

**(Relates to Docket No. 21)**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Ruth A. Van Meter, P.C. files this *Unopposed Motion to Withdraw as Counsel to Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm* ("**Galindo**"), in above-styled adversary Proceeding (the "**Adversary Proceeding**"), and in support thereof would respectfully show the Court as follows:

1. On July 10, 2025, Ruth Van Meter of Ruth A. Van Meter, P.C. (collectively, "**Counsel**") entered a Notice of Appearance [Docket No. 21] on behalf of Galindo in the Adversary Proceeding.

2. Counsel's services are no longer needed by Galindo in the Adversary Proceeding.

3. Galindo, the Debtor MMA Law Firm, PLLC, and the Defendant are unopposed to the withdrawal of Counsel in the Adversary Proceeding.

4. Counsel requests to withdraw and be discharged of any representation of Galindo in the Adversary Proceeding.

5. This Motion is not filed for purposes of delay, but so that justice may be done.

WHEREFORE, BASED UPON THE FORGOING, Ruth A. Van Meter, P.C. prays that the Court enter an Order: (i) approving the immediate withdrawal of Ruth A. Van Meter, P.C. and Ruth Van Meter as counsel for Galindo for all purposes in the Adversary Proceeding, and (ii) awarding Ruth A. Van Meter, P.C. such other and further relief as the Court deems equitable.

Dated:  August 26, 2025.

            Respectfully submitted,

            **RUTH A. VAN METER, P.C.**

            By:  */s/ Ruth Van Meter*
              Ruth Van Meter
              State Bar No. 20661570
              ruth@vanmeterlaw.com
              9322 Shady Lane Circle
              Houston, Texas 77063
              (713) 858-2891 (Direct)

            **COUNSEL FOR Cristóbal M. GALINDO, P.C.
D/B/A GALINDO LAW FIRM**

## CERTIFICATE OF CONFERENCE

  The undersigned certifies that she has corresponded with Galindo, the Debtor, and the Defendant.  Galindo, the Debtor, and the Defendant do not oppose the withdrawal of Counsel.

            */s/ Ruth Van Meter*
            Ruth Van Meter

## CERTIFICATE OF SERVICE

  This is to certify that on August 26, 2025, a true and correct copy of the foregoing Motion was filed with the Court and served via the Court's electronic case filing system (ECF) upon counsel and all parties registered to receive such electronic notices in the Adversary Proceeding.

            */s/ Ruth Van Meter*
            Ruth Van Meter